Matthew L. Sharp, Esq.
Nevada State Bar #4746
MATTHEW L. SHARP, LTD.
432 Ridge St.
Reno, NV 89501
(775)324-1500
matt@mattsharplaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| XOCHITL RINCON, individually, B.E.R., a minor, individually, and ANGEL RAMIREZ ROMERO, JR., <br><br> Plaintiffs, <br><br> v. <br><br> C.H. ROBINSON WORDWIDE, INC., C.H. ROBINSON COMPANY, INC., TRANSPORT SOLUTIONS, LLC, CARLOS GONZALES GARDEN dba ALL GENERAL TRANSPORTATION, and TIRSO SATARAY-PARRA, <br><br> Defendants. | Case No. 2:25-cv-00984-GMN-DJA |

## STIPULATION AND ORDER RE: MOTION TO REMAND

On May 22, 2025, Plaintiffs filed this Action in the Eighth Judicial District Court of the State of Nevada, in and for the County of Clark, Case No. A-25-919603-C. On June 3, 2025, Defendants C.H. Robinson Worldwide, Inc. and C.H. Robinson Company, Inc. filed a Petition for Removal. On June 30, 2025, Plaintiffs filed a Motion to Remand. All defendants agree that this case should be remanded to the State Court.

///

///

///

///

///

1

Therefore, the parties stipulate as follows:

1. Plaintiffs' Motion to Remand should be granted.

DATED this 3rd day of July 2025.　　　　DATED this 3rd day of July 2025.

**MATTHEW L. SHARP, LTD.**　　　　**ROBISON, SHARP, SULLIVAN & BRUST**

　/s/ Matthew L. Sharp　　　　　　　　　/s/ Michael E. Sullivan
Matthew L. Sharp, Esq.　　　　　　　　Michael E. Sullivan, Esq.
Nevada Bar No. 4746　　　　　　　　　Nevada Bar No. 5142
432 Ridge St.　　　　　　　　　　　　Russell J. Carr, Esq.
Reno, NV 89501　　　　　　　　　　　Nevada Bar No. 15191
*Attorneys for Plaintiffs*　　　　　　　71 Washington Street
　　　　　　　　　　　　　　　　　　Reno, NV 89503
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　*C.H. Robison Worldwide, Inc. and*
　　　　　　　　　　　　　　　　　　　*C.H. Robison Company, Inc.*

DATED this 3rd day of July 2025.

**RANALLI ZANIEL FOWLER &
　MORAN, LLC**

　/s/ George M. Ranalli
George M. Ranalli, Esq.
Nevada Bar No. 5748
2340 W. Horizon Ridge Pkwy., #100
Henderson, NV 89052
*Attorneys for Defendants Transportation
　Solutions, Inc. and Tirso Sataray-Para*

## ORDER

Upon good cause showing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to the Stipulation of the parties, Plaintiffs' Motion to Remand is granted, and this case is remanded back to the Eighth Judicial District Court in Clark County, Nevada.

DATED this __7__ day of July 2025.

_____
UNITED STATES DISTRICT JUDGE

2